IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 OCT -5 PM 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

United States of America,

    Plaintiff,

vs.

Civil No. 05-2738  B  P

Six (6) Assorted Conveyances, with All
Appurtenances and Attachments Thereon,

    Defendants.

## ORDER

Pursuant to a complaint filed by the United States on October 4, 2005, seeking the forfeiture of Six (6) Assorted Conveyances, with All Appurtenances and Attachments Thereon, under the provision of 21 U.S.C. §881(a)(6), it is hereby ORDERED:

1.    That the United States Marshal for this district will seize the defendant conveyances and hold said conveyances subject to the further orders of this Court;

2.    That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant conveyances including, without limitation, Charles L. Price, Anita L. Price, Nuvell Financial Service, and Tony L. Axam, Esq., attorney for Charles L. Price;

3.    That the United States Marshal will advertise in the <u>Daily News</u>, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant conveyances were seized by the Drug Enforcement Administration on May 17, 2005 and June 8, 2005 in Olive Branch, Mississippi and Memphis, Tennessee from Charles L. Price; that a Complaint for Forfeiture has been filed pursuant to 21 U.S.C. §881(a)(6); and that any parties claiming any interest in the said property must file a claim within thirty (30) days of the notice and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-5-05



an answer to the complaint within twenty (20) days thereafter;

4. The Marshal may use the attached legal notice in the advertisement.

ENTERED: This 5th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277, Tennessee)
(901)544-4231

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02738 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT